**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**FRANCES RENEE MILLER/PERRY,**                                                **PLAINTIFF**
**ADC# 708998**

**V.**                              **1:10-cv-00033-BSM-JJV**

**LARRY NORRIS, Director, Arkansas**
**Department of Correction;** *et al.*                                          **DEFENDANTS**

## ORDER

The court has reviewed the recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff France Renee Miller/Perry's objections. After carefully reviewing the recommended disposition, Miller/Perry's objections, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's claims are DISMISSED without prejudice and all pending motions are denied as moot. Further, it is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that this dismissal constitutes a "strike" and that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 12th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE