**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**FRANCES RENEE MILLER/PERRY,**                                           **PLAINTIFF**
**ADC# 708998**

**V.**                                  **1:10-cv-00033-BSM-JJV**

**LARRY NORRIS, Director, Arkansas**
**Department of Correction;** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED without prejudice. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 12th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE